UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-80038-CIV-MARRA

PAUL GAUGUIN CRUISES, INC.,
a/k/a PGC, Inc., a Delaware Corporation,

      Plaintiff,

vs.

eCONTACT, INC., a Florida Corporation,
and STEVE HABER,

      Defendants.
_____/

## NOTICE OF STRIKING

Defendants eContact, Inc. and Steve Haber (collectively, "Defendants") hereby file this Notice of Striking their Response and Opposition to Plaintiff's Rule 60(a) and 60(b) Motion for Relief from Final Judgment and Associated Orders ("Response") [DE 95], which was inadvertently submitted in a non-text-searchable format. Defendants will re-file the response in a text-searchable format.

Dated: April 19, 2012

                                                Respectfully submitted,

                                                **KASOWITZ, BENSON,**
                                                **TORRES & FRIEDMAN LLP**

                                                *s/Audrey M. Pumariega*
                                                Scott B. Cosgrove
                                                Florida Bar No. 0161365
                                                scosgrove@kasowitz.com
                                                Audrey M. Pumariega
                                                Florida Bar No. 0085206
                                                apumariega@kasowitz.com
                                                1441 Brickell Avenue, Suite 1420
                                                Miami, Florida 33131
                                                Telephone: (305) 377-1666
                                                Facsimile: (305) 377-1664
                                                *Attorneys for Defendants*

2

**CERTIFICATE OF SERVICE**

**I hereby certify** that a true and correct copy of the foregoing was served by CM/ECF on April 19, 2012, on all counsel or parties of record on the Service List below.

*s/Audrey M. Pumariega*_____
Audrey M. Pumariega

**SERVICE LIST**

Robert Alan Ader, Esq.
aderlaw@aol.com
Elizabeth Brady Hitt, Esq.
bethhitt@aol.com
LAW OFFICES OF ROBERT ADER, PA
Miami Tower, Suite 3550
100 S.E. 2nd Street
Miami, Florida 33131
Telephone: (305) 371-6060
Facsimile: (305) 358-5917
*Attorneys for Plaintiff*

2