UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-80038-CIV-MARRA

PAUL GAUGUIN CRUISES, INC.,
a/k/a PGC, Inc., a Delaware Corporation,

        Plaintiff,

vs.

eCONTACT, INC., a Florida Corporation,
and STEVE HABER,

        Defendants.
_____/

**PLAINTIFF'S UNOPPOSED MOTION FOR ONE DAY EXTENSION OF TIME TO FILE REPLY IN FURTHER SUPPORT OF ITS RULE 60(a) & 60(b) MOTION FOR RELIEF FROM FINAL JUDGMENT & ASSOCIATED ORDERS**

**COME NOW**, the Plaintiff PAUL GAUGUIN CRUISES INC., ("Plaintiff"), through Counsel, and pursuant to applicable Rules of Procedure, and files this Motion for Extension of Time to file its Reply in Further Support of Its Motion for Relief From Final Judgment and Associated Orders, for (1 day) through and including May 1, 2012, and states as follows:

1. Plaintiffs Reply is due to be served on April 30, 2012.

2. Plaintiff has numerous other deadlines pending and had the opportunity to attend a Miami Heat playoff game with his young son in the evening of April 30th. Undersigned was not able to finalize the Reply.

3. A one day extension should not have any adverse impact on the Court, or any party.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court enter an Order allowing them up through and including May 1, 2012 within which to file its Reply.

## CERTIFICATE OF COUNSEL

In compliance with Local Rule 7.1, S.D. Fla., the undersigned hereby certifies that she has contacted opposing counsel, Audrey Pumariega, Esq. who does not oppose this request for extension of time.

        Respectfully submitted,

        LAW OFFICES OF ROBERT ADER, PA
        Bank of America Tower, Suite 3550
        100 S.E. 2nd Street
        Miami, Florida  33131
        Telephone: (305) 371-6060

By: _s/ Robert Ader_____
      ROBERT ADER
      Florida Bar No. 335126
      ELIZABETH B. HITT
      Florida Bar No. 176850

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 30, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF of some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

        s/ Robert Ader_____

## **SERVICE LIST**

Via CM/ECF:

Scott B. Cosgrove
Florida Bar No. 161365
scosgrove@kasowitz.com
Audrey M. Pumariega
Florida Bar No. 987166
apumariega@kasowitz.com
Kasowitz, Benson, Torres & Friedman LLP
1441 Brickell Avenue,
Suite 1420
Miami, Florida  33131
Telephone:  305.377.1666
Facsimile:  305.377-1664

*Counsel for Defendants*